UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MATHEAU ROY,
        Plaintiff,

v.                      CIVIL ACTION NO.
                    11-cv-11960-MBB

CAPE ANN SAVINGS BANK,
        Defendant.

## FINAL JUDGMENT

### JUNE 13, 2012

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice.

                    /s/ Marianne B. Bowler
                    MARIANNE B. BOWLER
                    United States Magistrate Judge